M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 JUN -3 P 2:01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Charles Edward Brown
Henry Co. Jail
Full name and prison name of
Plaintiff(s)

v.

LT / Jail Administrator
Lee Padget

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District
Court)
1:19-CV-382-ALB-CSC

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:
          Plaintiff(s) Charles Edward Brown

          Defendant(s) LT. Administrator Lee Padget

       2. Court (if federal court, name the district; if state court, name the county)
          Middle District

3. Docket number _DOC,15_

4. Name of judge to whom case was assigned _Charles S. Coody_ • _W. Harold Albritton_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _dismissed_

6. Approximate date of filing lawsuit _10/18_

7. Approximate date of disposition _2·19·19_

II. PLACE OF PRESENT CONFINEMENT _Henry Co Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Henry Co Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | LT/Administrator Lee Padget | Henry Co Jail |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Very Late 7·18_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Lee Padget shot me with a taser while handcuffed and_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

~~torched~~. Shackeld And two other officers present.

GROUND TWO: On or about July 25-28 2018 I was refusing to go to first apperance. Lee padget had A one CO Josh And one CO DeAnte to hand-cuff And shackle me. He then told

SUPPORTING FACTS: me to get up And I Refused. He then pull A taser And did A one two three count down shooting me one three. He is A LT with the Sheriff department And he engadge in that kind of misconduct with 2

GROUND THREE: very young officers present, And he was not in Any kind of danger with me being handcuff & shackeld And

SUPPORTING FACTS: two CO present, IT was totally uncalled for, And in violation of my civil Rights, As I stated he is A LT, He can not continue this kind of policeing, He must Be sanction'd in some foam,

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

penalize him legally, and I receive some finalcal assistance for pain + suffering and filing fee + other fee accoiated with this lawsuit. I also would like for him to be removed from the Henry Co Sheriff Department (Attorney Fees)

Charles Brown
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-29-19
(Date)

Charles Brown
Signature of plaintiff(s)

Postscript: Please Appoint me a Attorney

Charles Brown
101 Court Sq, Suite G
Abbeville, Al 36310

Official Business

MONTGOMERY AL 360

31 MAY 2019 PM 3 L



MAIL ORIGINATED FROM
THE HENRY COUNTY JAIL

Office of the Clerk
United States District Court
One Church Street Suite B-110
Montgomery, AL 36104

Legal Mail

36104-401801